UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 6 2017 ★
BROOKLYN OFFICE

| | |
|---|---|
| RIGAL BAPTISTE on behalf of himself and all others similarly situated<br><br>Plaintiff,<br>v.<br><br>CARRINGTON MORTGAGE SERVICES, LLC<br><br>Defendant. | Civil Action No. 1:17-cv-01494-ARR-VMS<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for the Plaintiff and Defendant in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action and all claims that were or could have been made herein by Plaintiff, in his individual capacity, are hereby dismissed with prejudice, without costs to any party as against any other, and with each party bearing its own legal costs and expenses.

**IT IS HEREBY FUTHER AGREED,** that this stipulation may be filed, without further notice, with the Court and may be executed by facsimile.

Dated: Floral Park, NY
November 3, 2017

/s/ Ryan Gentile
Ryan Gentile, Esq.
Law Offices of Gus Michael Farinella, PC
110 Jericho Turnpike, Suite 100
Floral Park, NY 11001
Tel: (212) 675-6161
*Attorney for Plaintiff, Rigal Baptiste
on behalf of himself and all others
similarly situated*

/s/ Kathleen R. Fitzpatrick
Kathleen R. Fitzpatrick
Jordan M. Smith
AKERMAN LLP
666 Fifth Avenue, 20th Floor
New York, NY 10103
(212) 880-3800
kathleen.fitzpatrick@akerman.com
jordan.smith@akerman.com
*Attorney for Defendant Carrington
Mortgage Services LLC*

So ordered.   /s/(ARR)